**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA ROSE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WORLDWIDE GLOBAL TRADING, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:10-cv-01938-JCM-PAL <br><br> **ORDER** |

The court conducted a scheduling conference on July 26, 2011. Christopher Miltenberger appeared on behalf of the Plaintiff, and Daniel Foley appeared on behalf of the Defendants.

The parties have requested an extension of the Discovery Plan and Scheduling Order deadlines because Third-Party Defendant Philicon has recently made an appearance by filing a Motion to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative, to Compel Arbitration Under the Federal Arbitration Act (Dkt. #25). Plaintiff and Defendants have initiated written discovery, but have not proceeded with deposition discovery until Philicon's status is decided. The parties anticipate pursuing international discovery of percipient witnesses located in the United Arab Emigrates and in Bulgaria. The court advised counsel that the stipulation would be approved, and the court understood the parties wish to avoid duplicating discovery until Philicon's status is decided. However, given the amount of time likely needed to initiate and conclude international discovery, counsel should initiate the process to obtain international discovery. The court will also require counsel to meet and confer within fourteen days of decision of Philicon's motion to dismiss to submit a final plan to prepare this case for trial.

///

///

///

**IT IS ORDERED** counsel shall have fourteen days from decision of Philicon's motion to dismiss to meet and confer and to submit a final stipulation and proposed order to complete discovery and prepare this case for trial.

Dated this 26th day of July, 2011.

_____
Peggy A. Leen
United States Magistrate Judge