Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
crm@pisanellibice.com
Jarrod L. Rickard, Esq., Bar No. 10203
jlr@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702.214.2100
Facsimile: 702.214.2101
*Attorneys for Plaintiff/Counter-Defendant/
Third-Party Plaintiff Nevada Rose, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA ROSE, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>WORLDWIDE GLOBAL TRADING, INC. d/b/a GLOBAL TRADING COMPANY, a California corporation; DOES I through X and ROE CORPORATIONS I through X,<br><br>                    Defendants. | Case No.:   2:10-cv-01938-JCM-PAL<br><br>**ORDER DENYING THIRD-PARTY DEFENDANT PHILICON-97 S.A. a/k/a PHILICON 97, LTD.'S MOTION TO DISMISS**<br><br>Date of Hearing:  11/10/11<br><br>Time of Hearing: 10:30 a.m. |
| WORDWIDE GLOBAL TRADING, INC., a California corporation,<br><br>                    Counterclaimant,<br><br>vs.<br><br>NEVADA ROSE, LLC, a Nevada limited liability company,<br><br>                    Counter-Defendant. | |
| NEVADA ROSE, LLC, a Nevada limited liability company,<br><br>                    Third-Party Plaintiff,<br><br>vs.<br><br>PHILICON-97 S.A. a/k/a PHILICON 97 Ltd., a Bulgarian corporation,<br><br>                    Third-Party Defendant. | |

1

Third Party Defendant Philicon -97 S.A. a/k/a Philicon 97 Ltd.'s ("Philicon") Motion to Dismiss Third Party Claim for Lack of Jurisdiction or in the Alternative to Dismiss to Compel Arbitration  (the "Motion") (Doc. No. 25) came before this Court for hearing on November 10, 2011 at 10:30 a.m.  Appearing on behalf of Philicon was James A. Kohl, Esq. of the law firm of Howard & Howard Attorneys, PLLC.  Appearing on behalf of Plaintiff/Counterdefendant/Third-Party Plaintiff Nevada Rose, LLC ("Nevada Rose") were Todd L. Bice, Esq. and Christopher R. Miltenberger, Esq. of the law firm of Pisanelli Bice, PLLC.  Appearing on behalf of Defendant/Counterclaimant Worldwide Glob Trading, Inc. d/b/a Global Trading Company ("Global") was Daniel T. Foley, Esq. of the law firm of Foley & Foley.

Having considered Philicon's Motion, Nevada Rose's Opposition (Doc. No. 35), and Philicon's Reply to Opposition (Doc. No. 37), the argument of counsel at the time of hearing, and good cause appearing therefore, the Court finds as follows:

**FINDINGS**

Nevada Rose has met its burden of making a *prima facie* showing that this Court has jurisdiction over Philicon.  Philicon has solicited business from Nevada residents, directed its sales to residents of the State of Nevada, sent samples of its products into the state, sent representatives to foster relationships within the state, sold products to residents of Nevada, derived revenue from Nevada residents, and formed contracts with Nevada residents.  As such, Philicon purposefully availed itself of the protections of Nevada and the privileges of doing business in the State of Nevada.

Philicon's contacts with the State of Nevada led to the relationship between Philicon and Nevada Rose giving rise to the facts and circumstances underlying this litigation.  Moreover, the allegations underlying the litigation relate directly to Phlicon's sale of goods to Nevada Rose, a Nevada resident.  Nevada Rose has satisfied its burden of demonstrating that this Court may properly exercise specific personal jurisdiction over Philicon.

Further, the allegations underlying the litigation as well as the claims set forth in Nevada Rose's Third-Party Complaint do not arise out of the 2005 contract referenced in Philicon's

Motion. Accordingly, Nevada Rose's claims are not governed by the alternative dispute resolution provision contained in the 2005 contract.

### **ORDER**

Based on the forgoing and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Philicon's Motion to Dismiss for Lack of Personal Jurisdiction is DENIED.

IT IS FURTHER ORDERED that Philicon's alternative Motion to Dismiss to Compel Arbitration is DENIED.

IT IS SO ORDERED.

Dated this 22 day of November, 2011.

HONORABLE JAMES A. MAHAN,
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

PISANELLI BICE PLLC

By: /s/ Christopher R. Miltenberger
    Todd L. Bice, Esq., Bar # 4534
    Christopher R. Miltenberger, Esq., Bar #10153
    3883 Howard Hughes Parkway, Suite 800
    Las Vegas, Nevada  89169

*Attorneys for Plaintiffs/Counterdefendants/
Third-Party Plaintiffs Nevada Rose, LLC*

Approved as to form by:

HOWARD & HOWARD ATTORNEYS, PLLC

By: [No Response By Submission Deadline]
    James A. Kohl, Esq. #5692
    3800 Howard Hughes Pkwy., Suite 1400
    Las Vegas, NV  89169

*Attorney for Third-Party Defendant Philicon 97-S.A.*

1 and

2 FOLEY & OAKES, P.C.

3
4 By:   /s/ Daniel T. Foley
       Daniel T. Foley
5      850 East Bonneville
       Las Vegas, NV  89101

6 *Attorneys for Defendant/Counterclaimant
  Worldwide Global Trading, Inc.*

PISANELLI BICE PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169