1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7   NEVADA ROSE, LLC,                          )
8                              Plaintiff,      )        Case No. 2:10-cv-01938-JCM-PAL
                                               )
9   vs.                                        )        **ORDER**
                                               )
10  WORLDWIDE GLOBAL TRADING, INC.,            )        (Mot for Prot Order and Stay - Dkt. #47)
                                               )        (Ex Parte Mot for Hrng on OST - Dkt. #48)
11                             Defendant.      )
    _____)
12
13          Before the court is Third-Party Defendant, Philicon-97 S.A.'s, Motion for Protective Order and

14  Stay of Noticed Depositions (Dkt. #47), Third-Party Defendant, Philicon-97 S.A.'s, Ex Parte Motion

15  for Order Shortening Time for Hearing on Third-Party Defendant's Motion for Protective Order and

16  Stay of Noticed Deposition (Dkt. #48), and the Declaration of Jason P. Weiland in Support of Third-

17  Party Defendant, Philicon-97 S.A.'s Ex Parte Motion for Order Shortening Time on Third-Party

18  Defendant's Motion for Protective Order and Stay of Noticed Depositions (Dkt. #49).  Third-Party

19  Defendant seeks a protective order precluding Plaintiff from taking the depositions of Boris Kalibacev,

20  Ivan Kalibatsev and Milena Kalibaceva which have been noticed to take place in Las Vegas, Nevada,

21  when they are located in Bulgaria.  The depositions are set to begin on July 5, 2012, and continue

22  through July 6, 2012.

23          Having reviewed and considered both matters,

24          **IT IS ORDERED** that:

25          1.      The Ex Parte Motion for Order Shortening Time (Dkt. #48) is **GRANTED** to the extent

26                  that a temporary protective order is entered precluding the depositions of of Boris

27                  Kalibacev, Ivan Kalibatsev and Milena Kalibaceva from going forward as currently

28                  scheduled for July 5 - 6, 2012, pending a decision on the merits.

2.   Plaintiff shall have until **July 12, 2012**, in which to file a response to Third-Party Defendant's Motion for Protective Order.  Third-Party Defendant shall have until **July 19, 2012**, in which to file a reply.

3.   The hearing on Third-Party Defendant's Motion for Protective Order and Stay of Noticed Depositions (Dkt. #47), shall be heard **Tuesday, August 7, 2012, at 10:00 a.m.**, in Courtroom 3B.

Dated this 3rd day of July, 2012.

Peggy A. Leen
United States Magistrate Judge