Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
crm@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone:  702.214.2100
Facsimile:   702.214.2101

*Attorneys for Plaintiff/Counter-Defendant/
Third-Party Plaintiff Nevada Rose, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA ROSE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDWIDE GLOBAL TRADING, INC. d/b/a GLOBAL TRADING COMPANY, a California corporation; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.:   2:10-cv-01938-JCM-PAL<br><br>**NOTICE OF PENDING SETTLEMENT AND REQUEST TO VACATE AUGUST 7, 2012 HEARING** |

PLEASE TAKE NOTICE that the parties have reached a settlement that will dispose of this entire action.  The parties are currently drafting settlement documents, and anticipate filing a dispositive stipulation for the Court's approval upon their completion, in accordance with Fed. R. Civ. P. 41 and LR 7-1.

As a result of the pending settlement, Nevada Rose, LLC no longer intends to move forward with the depositions underlying Philicon-97 S.A.'s Motion for Protective Order. Accordingly, the hearing on Philicon-97 S.A.'s Motion for Protective Order presently scheduled for August 7, 2012 before Magistrate Judge Leen is now moot.

1

Based on the foregoing, Nevada Rose, LLC respectfully requests that the August 7, 2012 hearing be vacated.

Dated this 1st day of August, 2012.

PISANELLI BICE PLLC

By: __/s/ _Todd Bice_____
Todd L. Bice, Esq., Bar #4534
Christopher R. Miltenberger, Esq., Bar #10153
Jordan T. Smith, Esq., Bar #12097
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Attorneys for Plaintiff/Counter-Defendant/
Third-Party Plaintiff Nevada Rose, LLC*

## ORDER

**IT IS ORDERED** that, pursuant to the above stipulation, the Motion for Protective Order (Dkt. #47) is **MOOT**, and the hearing currently scheduled for August 7, 2012, at 10:00 a.m. is **VACATED**.

Dated this 2nd day of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2