# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ROSE, LLC, | |
|                  Plaintiff, | Case No. 2:10-cv-01938-JCM-PAL |
| vs. | **ORDER** |
| WORLDWIDE GLOBAL TRADING, INC., | |
|                  Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5).  The Order (Dkt. #45) filed December 23, 2011, extending the discovery plan and scheduling order deadlines required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 30, 2012.  There are no dispositive motions pending.

On August 1, 2012, the parties filed a Notice of Pending Settlement and Request to Vacate August 7, 2012 Hearing (Dkt. #54), requesting that the undersigned vacate the hearing scheduled for August 7, 2012, as the parties had reached a settlement.  They also indicated that they were drafting settlement documents and a stipulation would be forthcoming.  To date, the parties have not filed a stipulation to dismiss or a joint pretrial order.  As such,

**IT IS ORDERED** that:

1. The parties shall have until **September 28, 2012 to file a stipulation to dismiss.**
2. If a stipulation to dismiss is not filed, then counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., September 28, 2012.**  Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 13th day of September, 2012.

                                                      _____
Peggy A. Leen
United States Magistrate Judge