Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
crm@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169
Telephone:  702.214.2100
Facsimile:   702.214.2101

*Attorneys for Plaintiff/Counter-Defendant/
Third-Party Plaintiff Nevada Rose, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ROSE, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WORLDWIDE GLOBAL TRADING, INC. d/b/a GLOBAL TRADING COMPANY, a California corporation; DOES I through X and ROE CORPORATIONS I through X, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS. | Case No.:   2:10-cv-01938-JCM-PAL <br><br> **STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO COMLPY WITH THE COURT'S SEPTEMBER 14, 2012 ORDER** |

On August 1, 2012, Nevada Rose filed a Notice of Pending Settlement and Request to Vacate August 7, 2012 Hearing (Dkt. #54) notifying the Court that it had resolved the underlying dispute. At that time, the parties had agreed to all of the material terms of their agreement and promptly commenced drafting the appropriate documents to memorialize their agreement.

On September 14, 2012, this Court issued an Order directing the parties to either file a stipulation to dismiss this action or to submit a joint pretrial order in compliance with LR 16-3 and LR 16-4 (Dkt. #56). Since the entry of this order, the parties have finalized a written settlement agreement and stipulation and order to dismiss this entire action with prejudice. The parties have commenced steps to conclude the agreement through the exchange of consideration.

1

Upon receipt of consideration contemplated by the parties' settlement agreement, the parties have agreed to file the approved stipulation and order to dismiss with the Court. Unfortunately, due to the international nature of this dispute and the foreign residences of some of the parties involved, finalizing the settlement agreement and completing the exchange of consideration contemplated by the settlement agreement has taken longer than previously expected. Nevertheless, the parties anticipate completing this exchange in the coming days.

Based on the foregoing, Nevada Rose, LLC respectfully requests a brief, one-week extension of time to comply with the Court's September 14, 2012 Order. Accordingly, Nevada Rose requests until October 5, 2012 by which to file the stipulation and order to dismiss this action with prejudice and comply with this Court's Order.

Dated this 28th day of September, 2012.

PISANELLI BICE PLLC

By: __/s/ _Christopher R. Miltenberger_____
Todd L. Bice, Esq., Bar #4534
Christopher R. Miltenberger, Esq., Bar #10153
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Attorneys for Plaintiff/Counter-Defendant/
Third-Party Plaintiff Nevada Rose, LLC*

**IT IS SO ORDERED** this 3rd day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2