Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
crm@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169
Telephone:  702.214.2100
Facsimile:  702.214.2101

*Attorneys for Plaintiff/Counter-Defendant/*
*Third-Party Plaintiff Nevada Rose, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA ROSE, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>WORLDWIDE GLOBAL TRADING, INC. d/b/a GLOBAL TRADING COMPANY, a California corporation; DOES I through X and ROE CORPORATIONS I through X,<br><br>                Defendants.<br><br>AND ALL RELATED CLAIMS. | Case  No.:    2:10-cv-01938-JCM-PAL<br><br>**MOTION TO EXTEND TIME TO COMPLY WITH COURT'S OCTOBER 3, 2012 ORDER (Dkt. #59)**<br><br>**(Second Request)** |

On September 14, 2012, this Court issued an Order directing the parties to either file a stipulation to dismiss this action or to submit a joint pretrial order in compliance with LR 16-3 and LR 16-4 (Dkt. #56).  Between September 14, 2012 and September 28, 2012, the parties finalized the terms of the written settlement agreement.  On September 28, 2012, Nevada Rose, LLC ("Nevada Rose") filed a request for an additional week to finalize the terms of the settlement agreement (Dkt. #58).  On October 3, 2012, this Court entered an order granting Nevada Rose's request and providing the parties until October 5, 2012 to file a stipulation and order to dismiss (Dkt. #59).

PISANELLI BICE PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

1    Since that time, the each of the parties executed the settlement agreement and exchanged

2    signature pages with all other parties.  The parties have also taken steps to initiate wire transfers

3    contemplated by settlement agreement.  Pursuant to the parties' agreement, they will file a

4    stipulation and order to dismiss this action with prejudice upon completion of the wire transfers.

5    The parties are of the understanding that the wire transfers will be completed early next week and

6    that the stipulation and order to dismiss will be filed immediately thereafter.

7    Based on the foregoing, Nevada Rose respectfully requests an additional one-week

8    extension of time to comply with this Court's October 3, 2012 Order (Dkt. #59).  Accordingly,

9    Nevada Rose requests until October 12, 2012 by which to file the stipulation and order to dismiss

10   this action with prejudice and comply with this Court's Order.

11   Dated this 5th day of October, 2012.

12                                     PISANELLI BICE PLLC

13

14                                     By: ___/s/_ Christopher R. Miltenberger_____
                                            Todd L. Bice, Esq., Bar #4534
15                                          Christopher R. Miltenberger, Esq., Bar #10153
                                            3883 Howard Hughes Parkway, Suite 800
16                                          Las Vegas, Nevada 89169

17                                          *Attorneys for Plaintiff/Counter-Defendant/*
                                            *Third-Party Plaintiff Nevada Rose, LLC*
18

19

20   IT IS SO ORDERED this 9th
     day of October, 2012.
21

22

23   _____
     Peggy A. Leen
24   United States Magistrate Judge

25

26

27

28

2

PISANELLI BICE PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169